UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|                                                          ) | CASE NO. MJ 14-379 |
|         Plaintiff,                                   ) | |
|                                                          ) | |
|         v.                                             ) | |
|                                                          ) | DETENTION ORDER |
| ZAKARIYAH ABDULLAH,        ) | |
|                                                          ) | |
|         Defendant.                              ) | |

<u>Offense charged</u>:     Conspiracy to Commit an Offense against the United States; Theft of Government Funds; Aggravated Identity Theft; Misuse of a Passport; Forfeiture Allegation

<u>Date of Detention Hearing</u>:   September 24, 2014.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Defendant has been indicted on the above-referenced charges in the Northern District of Georgia, Atlanta Division, Case No. 1:14-CR-0344. He was arrested in this District, has waived an identity hearing, and an Order of Transfer has been signed.

2. Defendant was not interviewed by Pretrial Services. His personal and background information is unknown or unverified. He does not contest detention.

3. Defendant's past criminal record includes violations of supervised release resulting in revocation.

4. Defendant poses a risk of nonappearance due to previous failures to appear, prior non-compliance with conditions of sentence, and lack of verified background information. He poses a risk of danger based on previous criminal history, and his status as a supervisee of the United States Probation Office at the time the instant offenses were alleged to have been committed.

5. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 24th day of September, 2014.

*(signature)*

Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3